[No. 23182-8-III.   Division Three.   October 4, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL F. RIDNOUR, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 04-1-00356-4, Jerome J. Leveque and Gregory D. Sypolt, J., entered May 14 and June 21, 2004. *Reversed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 23276-0-III.   Division Three.   October 4, 2005.]

DESIGN WORKS, INC., *Respondent*, v. TIM HUNT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02963-6, Robert D. Austin, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 50480-1-I.   Division One.   October 10, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GENE DULL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-00459-4, Charles S. French, J., entered May 6, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Appelwick, A.C.J., concurred in by Becker, J.; Kennedy, J., indicated her concurrence prior to her death on September 16, 2005.